1 | Laura E. Krank
Attorney at Law: 220208
2 | Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 | Long Beach, CA 90802
Tel.: (562)437-7006
4 | Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com
5
Attorneys for Plaintiff
6 | Janet Ruiz

7

8 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
9 | **WESTERN DIVISION**

10

11
JANET RUIZ,                                      ) Case No.: CV 11-00054 MAN
12                                               )
            Plaintiff,                           ) ~~/PROPOSED/~~ ORDER OF
13                                               ) DISMISSAL
       vs.                                       )
14                                               )
MICHAEL J. ASTRUE,                               )
15 | Commissioner of Social Security,            )
                                                 )
16           Defendant.                          )
                                                 )
17 | _____  )

18
       Based upon the parties' Stipulation for Dismissal, the above captioned
19
matter is dismissed with prejudice, each party to bear its own fees, costs, and
20
expenses.
21
       IT IS SO ORDERED.
22
DATE:  August 4, 2011
23
                                    *Margaret A. Nagle*
24                                  _____
                                    MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-